IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| IVEY SUMMERLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:17-CV-36-CDL-WC ) |
| SUSAN MARIE NELSON, *et al.*, | ) ) |
| Defendants. | ) |

ORDER

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on April 21, 2017 (ECF 15). Neither party has filed an objection to this Report and Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Report and Recommendation for clear error. Finding no clear error or manifest injustice, the Court adopts the conclusion of the Magistrate Judge and grants Plaintiff's Motion to Remand (Doc. 9). Accordingly, the Clerk is directed to remand this action to the Circuit Court of Russell County, Alabama and to close this case following remand.

IT IS SO ORDERED, this 17th day of May, 2017.

s/Clay D. Land
CLAY D. LAND
U.S.DISTRICT COURT JUDGE